**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00696-CV

### PAULA WICKLIFFE, Appellant

### V.

### CHARLES TOOLEY, Appellee

### On Appeal from the Probate Court No. 1
### Dallas County, Texas
### Trial Court Cause No. PR-14-04150-1

## ORDER

We **GRANT** the July 7, 2015 motion of Jacqueline Galindo, Official Court Reporter for the Probate Court No. 1, for an extension of time to file the reporter's record. The reporter's record shall be filed by **JULY 13, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE